U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF TEXAS

**ENTERED**

TAWANA C. MARSHALL, CLERK
THE DATE OF ENTRY IS
ON THE COURT'S DOCKET



**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed April 14, 2010

United States Bankruptcy Judge

Office of the Standing Chapter 13 Trustee
125 E. John Carpenter Frwy, #1100
Irving, Texas 75062
(214) 855-9200/(214) 965-0754

```
              IN THE UNITED STATES BANKRUPTCY COURT
               FOR THE NORTHERN DISTRICT OF TEXAS
                         DALLAS DIVISION

In Re:                                     Case:      09-35502-SGJ-13
       OBERTON R. HOUNCHELL
            Debtor(s)                      Notice Date: 04/12/2010
```

### Order Dismissing Chapter 13 Case Pursuant to General Order 2009-03

On representation of the Standing Chapter 13 Trustee evidenced by the signature below that the Debtor(s) failed to cooperate with the Truste as necessary to enable the Trustee to perform the Trustee's duties under the Bankruptcy Code as required by Section 521(a)(3) of the Bankruptcy Code, specifically:

(X) Other
   PROVIDE NAME(S) AND LAST KNOWN ADDRESS(ES) FOR ANY DOMESTIC SUPPORT OBLIGATION
   RECIPIENT(S) AND THE STATE AGENCY RESPONSIBLE FOR THE DOMESTIC SUPPORT, PER
   341 REPORT.

**IT IS THEREFORE, ORDERED,** that the above proceeding be, and hereby is in all things **DISMISSED without prejudice PROVIDED** that if, within fourteen (14) days of entry hereof, a creditor in this case files a motion to amend this order and seeks a dismssal with prejudice, sanctions or other relief deemed appropriate by the Court, this Order may be amended by the Court, after a notice and a hearing, to grant the relief sought in said motion in whole or in part.

**IT IS FURTHER ORDERED** that all debts due and owing creditors as of this date are **NOT DISCHARGED** or affected in any manner by this Order.

09-35502-SGJ-13
OBERTON R. HOUNCHELL
Order Dismissing Chapter 13 Case pursuant to General Order 2009-03, Page 2

**IT IS FURTHER ORDERED** that the above styled and numbered case will be closed twenty one days after the entry of this order provided that it is a single debtor case or a joint debtor case and both debtors are dismissed.

### End of Order ###

Signed: /s/ Thomas D. Powers
        Chapter 13 Trustee